**Electronically Filed
Supreme Court
SCWC-23-0000234
04-MAY-2026
09:54 AM
Dkt. 13 ODAC**

SCWC-23-0000234

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant/Cross-Appellee,

vs.

KEOLA CABOS,
Petitioner/Defendant-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000234; CASE NO. 2CPC-22-0000373)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge DeWeese, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on March 7, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Wendy M. DeWeese

